OPINION — AG — THE EMPLOYEES (PRIVATE COMPANY) WERE NOT EMPLOYEES OF THE DEPARTMENT OF PUBLIC SAFETY, AND THAT THE DEDUCTION OF THE AMOUNT OF THEIR SALARIES FROM THE CHARGES PROPERLY MADE AT $1.00 PER SHEET WAS UNJUSTIFIABLE, ILLEGAL, AND UNWARRANTED, AND THAT THE AMOUNTS SO DEDUCTED ARE, IN FACT, DEBTS DUE THE DEPARTMENT FROM RETAIL CREDIT COMPANY. CITE: 47 O.S. 1961 2-106 [47-2-106](B) 47 O.S. 1961 2-110 [47-2-110](B), 47 O.S. 1961 6-117 [47-6-117], 47 O.S. 1961 2-111 [47-2-111](A), 62 O.S. 1961 7.1 [62-7.1], 62 O.S. 1961 7.3 [62-7.3], 62 O.S. 1961 7.4 [62-7.4] 62 O.S. 1961 141 [62-141], 47 O.S. 1961, 6-117 [47-6-117](I), 62 O.S. 1961 7.1 [62-7.1], 47 O.S. 1961 2-111 [47-2-111](A) (SAM W. MOORE)